UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No.: | CV 20-10437-AB (MRWx) | Date: | March 2, 2021 |
|---|---|---|---|

| Title: | *Columbus Grigsby v. Vasile Properties Airport Plaza, LLC, et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

On February 25, 2021, the Court issued and Order to Show Cause ("OSC") why the case should not be dismissed for lack of prosecution because Plaintiff failed to file a proof of service within 90 days of filing the Complaint, as required by Fed. R. Civ. P. 4(m). *See* OSC (Dkt. No. 10). On March 1, 2021, in response to the OSC, Plaintiff filed a Proof of Service showing service was made on the Defendant on December 14, 2020. *See* Proof of Service (Dkt. No. 11). Therefore, as reflected on the Proof of Service, an Answer was due January 4, 2021. Almost two months have passed since the deadline to respond to the Complaint, and Defendant has not responded, and Plaintiff has not sought entry of default.

The Court issued to Plaintiff its OSC for failure to file a proof of service well after Defendant's deadline to respond passed. Although Plaintiff did file the proof of service, he did not seek entry of default despite the pending OSC and despite the deadline to Answer having passed well before the OSC was issued. It appears that Plaintiff is waiting to prosecute this case until the Court prompts him with another OSC for failure to prosecute. The onus of prosecuting a case is on the

Plaintiff, regardless of whether the Court issues an OSC. Plaintiff's counsel represents several serial ADA litigants and has been issued similar OSCs for failure to prosecute numerous times by the Court and other Judges, often waiting to act until the Court issues an OSC, sometimes resulting in 3 OSCs issued in a case, needlessly wasting the Court's scarce resources.

As the Court has previously issued an OSC in this case, and as the deadline to respond to the Complaint passed even before that OSC was issued, Plaintiff knew or should have known that the onus was on him to not only file the Proof of Service but also to seek entry of default. He did not seek entry of default. The Court declines to issue yet another OSC in this case. Instead, the Court hereby **DISMISSES** this action for failure to prosecute.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

**IT IS SO ORDERED**.